**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **J.P., A MINOR BY HIS MOTHER AND NATURAL GUARDIAN, KIERRA ALLEN,** | § § § § | |
| **Plaintiff,** | § § | **Civil Action No. 1:17-cv-00361-SRF** |
| **v.** | § § § | |
| **PALMER RECOVERY ATTORNEY'S, LLC F/K/A PALMER REIFLER & ASSOCIATES1, TCN, INC. AND GENESYS TELECOMMUNICATIONS,** | § § § § § | |
| **Defendant.** | | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: February 15, 2018

By: /s/ W. Christopher Componovo
W. Christopher Componovo, Esq.
Kimmel & Silverman, P.C.
501 Silverside Road, Suite 118
Wilmington, DE 19809
Tel: 215-540-8888
Fax: (302) 791-9373
wcomponovo@lemonlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, W. Christopher Componovo, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Deirdre Marie Richards, Esq.
Fineman Krekstein & Harris PC
1300 North King Street
Wilmington, DE 19801
302-538-8331
Email: drichards@finemanlawfirm.com
Attorney for Defendant


Dated: February 15, 2018                    By: /s/ W. Christopher Componovo
                                            W. Christopher Componovo, Esq.
                                            Kimmel & Silverman, P.C.
                                            501 Silverside Road, Suite 118
                                            Wilmington, DE 19809
                                            Tel: 215-540-8888
                                            Fax: (302) 791-9373
                                            wcomponovo@lemonlaw.com