# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J.P., A MINOR BY HIS MOTHER AND NATURAL GUARDIAN, KIERRA ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> PALMER RECOVERY ATTORNEY'S, LLC f/k/a PALMER REIFLER & ASSOCIATES1, TCN, INC. and GENESYS TELECOMMUNICATIONS, <br><br> Defendant. | Civil Action No. 1:17-cv-00361-SRF |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Deirdre Marie Richards* | */s/ W. Christopher Componovo* |
| Deirdre Marie Richards, Esq. | W. Christopher Componovo, Esq. |
| Fineman Krekstein & Harris PC | Kimmel & Silverman P.C. |
| 1300 North King Street | 501 Silverside Road, Suite 118 |
| Wilmington, DE 19801 | Wilmington, DE 19809 |
| 302-538-8331 | (302) 791-9373 |
| Email: drichards@finemanlawfirm.com | Email: wcomponovo@lemonlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: April 6, 2018 | |
| | Date: April 6, 2018 |

BY THE COURT:

_____

J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 6th day of April, 2018:

Deirdre Marie Richards, Esq.
Fineman Krekstein & Harris PC
1300 North King Street
Wilmington, DE 19801
302-538-8331
Email: drichards@finemanlawfirm.com
Attorney for the Defendant

/s/ W. Christopher Componovo
W. Christopher Componovo, Esq.
Kimmel & Silverman P.C.
501 Silverside Road, Suite 118
Wilmington, DE 19809
(302) 791-9373
Email: wcomponovo@lemonlaw.com
Attorney for the Plaintiff
