**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| J.P., A MINOR BY HIS MOTHER AND NATURAL GUARDIAN, KIERRA ALLEN,<br>    Plaintiff<br><br>v.<br><br>PALMER RECOVERY ATTORNEYS, LLC f/k/a REIFLER & ASSOCIATES, LLC,<br>    Defendant | CIVIL ACTION - LAW<br><br>NO. 1:17-cv-00361-VAC-SRF |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PLAINTIFF

Pending before the Court is Plaintiff's Motion to Substitute Kierra Allen in her individual capacity as Plaintiff for Kierra Allen in her represented capacity for J.P., her minor son. After review of the Motion, and any opposition thereto, the Court concludes that the Motion is **GRANTED**. Kierra Allen is hereby substituted in her individual capacity as the sole Plaintiff in this matter.

It is further **ORDERED** that this case is fully resolved, the parties Stipulation to Dismiss is hereby **GRANTED**.

**IT IS SO ORDERED.**

Date: 4/20/2018

Honorable Sherry R. Fallon
United States ~~District~~ Judge
Magistrate